UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> STEPHANIE H. HORTA, ) <br> Defendant ) | Mag. Judge Case No. MJ05-m-235 JLA |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Russell T. Protentis, Bureau of Immigration and Customs Enforcement, do hereby make oath before the Honorable Joyce London Alexander, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Stephanie H. Horta on an indictment in the Northern District of Texas charging the defendant with conspiracy to possess with intent to distribute and to distribute more than five kilograms of cocaine in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

RUSSELL T. PROTENTIS
Special Agent,
Bureau of Immigration and Customs
Enforcement

Subscribed and sworn to before me this 26th day of April, 2005.

JOYCE LONDON ALEXANDER
United States Magistrate Judge

# United States District Court
## Northern District of Texas
### Fort Worth Division

UNITED STATES OF AMERICA

V.

Santos, et al.

AKA:

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 4:04-cr-114-A

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Stephanie H. Horta (06)** and bring him or her forthwith to the nearest magistrate to answer a(n)

☑ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Possess with Intent to Distribute and to Distribute More than Five Kilograms of Cocaine

in violation of Title 21 United States Code, Section(s) 846 and 841(b)(1)(A).

KAREN MITCHELL
Name of Issuing Officer

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

HONORABLE Charles Bleil
U.S. Magistrate Judge

July 15, 2004, Fort Worth, TX
Date and Location

By: [signature]
Kellie Decker, *Deputy Clerk*

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

http://nt-net/_vti_bin/shtml.dll/Operations/CaseMan/Forms/Sealed_Warrant_...

SEALED

AUSA

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2004 JUL 14 PM 4:54

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | | § | |
|---|---|---|---|
| | | § | |
| vs. | | § | |
| | | § | |
| RAMON A. SANTOS | (1) | § | Case No._____ |
| NORMA YRIS PIMENTEL | (2) | § | |
| MARIO CRESPO-Hernandez | (3) | § | 4-04CR-114-A |
| JUAN MANUEL COLON | (4) | § | |
| VICTOR MANUEL ORTIZ | (5) | § | |
| STEPHANIE H. HORTA | (6) | § | |

## INDICTMENT

Count One
Conspiracy to Possess with Intent to Distribute and to Distribute
More than Five Kilograms of Cocaine
21 U.S.C. §§ 846 and 841(b)(1)(A)

Commencing on or about November 1, 2003, the exact date being unknown, and continuing thereafter until December 3, 2003, in the Fort Worth Division of the Northern District of Texas, and elsewhere, **Ramon A. Santos, Norma Yris Pimentel, Mario Crespo-Hernandez, Juan Manuel Colon, Victor Manuel Ortiz, Stephanie H. Horta**, defendants, and others both known and unknown to the Grand Jury, did intentionally and knowingly combine, conspire, confederate and agree to engage in conduct in violation of *Title 21, United States Code, § 841(a)(1)*, that is, to possess with intent to distribute and distribute more than five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## *Manner and Means*

To promote, facilitate, carry on, and effectuate the aforesaid conspiracy, the following manner and means were employed from time to time by one or more of the conspirators:

1. It was a part of the conspiracy that **Ramon A. Santos**, defendant, acted as the leader, organizer, manager and supervisor of the criminal activity; and

2. It was a part of the conspiracy that **Ramon A. Santos**, defendant, would engage in telephone conversations from the state and District of Rhode Island, with persons in the Northern District of Texas and negotiate the purchase price for quantities of cocaine; and

3. It was a part of the conspiracy that **Ramon A. Santos**, defendant, would arrange for persons to travel from the state and District of Rhode Island and from the state and District of Massachusetts to the Northern District of Texas for the purpose of obtaining quantities of cocaine; and

4. It was a part of the conspiracy that, **Norma Yris Pimentel**, and **Mario Crespo-Hernandez**, defendants, would transport United States currency from the state and District of Rhode Island to the Northern District of Texas for the purpose of purchasing cocaine; and

5. It was a part of the conspiracy that **Juan Manuel Colon**, **Victor Manuel Ortiz**, and **Stephanie H. Horta**, defendants, would transport United States currency from the state and District of Massachusetts to the Northern District of Texas for the purpose of

purchasing cocaine; and

6. It was a part of the conspiracy that the conspirators would communicate with each other by cellular telephone.

*Overt Acts*

In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed by one or more of the conspirators:

a. On or about December 3, 2003, at approximately 11:26 a.m., **Victor Manuel Ortiz**, defendant, rented an automobile at Budget Car and Truck Rental in Fort Worth, Texas.

b. On or about December 3, 2003, at approximately 3:38 p.m., **Ramon A. Santos**, defendant, engaged in a telephone conversation with a person known to the Grand Jury concerning a distribution of cocaine and provided a telephone number for contacting defendant **Norma Yris Pimentel**.

c. On or about December 3, 2003, at approximately 3:45 p.m., defendants **Norma Yris Pimentel** and **Mario Crespo-Hernandez** engaged in a telephone conversation with a person known to the Grand Jury.

d. On or about December 3, 2003, at approximately 3:50 p.m., **Ramon A. Santos**, defendant, engaged in a telephone conversation with a person known to the Grand Jury concerning a distribution of cocaine and provided a telephone number for contacting

defendant **Juan Manuel Colon**.

e. On or about December 3, 2003, at approximately 3:52 p.m., defendant **Juan Manuel Colon** engaged in a telephone conversation with a person known to the Grand Jury.

f. On or about December 3, 2003, at approximately 4:00 p.m., defendant **Victor Manuel Ortiz** engaged in a telephone conversation with a person known to the Grand Jury.

g. On or about December 3, 2003, at approximately 5:25 p.m., defendants **Victor Manuel Ortiz, Juan Manuel Colon, Norma Yris Pimentel** and **Mario Crespo-Hernandez** met at a warehouse in Fort Worth, Texas with an undercover officer for the purpose of purchasing 15 kilograms of cocaine.

h. On or about December 3, 2003, defendants **Victor Manuel Ortiz** and **Juan Manuel Colon** brought approximately $60,000 in United States currency to a warehouse in Fort Worth, Texas for the purpose of purchasing at least four kilograms of cocaine.

i. On or about December 3, 2003, defendants **Norma Yris Pimentel** and **Mario Crespo-Hernandez** brought approximately $154,000 in United States currency to a warehouse in Fort Worth, Texas for the purpose of purchasing at least eleven kilograms of cocaine.

j. On or about December 3, 2003, defendant **Victor Manuel Ortiz** engaged in a telephone conversation with defendant **Stephanie H. Horta**, giving her directions to a

warehouse in Fort Worth so that she could transport cocaine away from that location.

k. On or about December 3, 2003, defendants **Victor Manuel Ortiz, Juan Manuel Colon, Norma Yris Pimentel** and **Mario Crespo-Hernandez** began to remove 15 kilograms of cocaine from a gym bag in a warehouse in Fort Worth, Texas.

l. On or about December 3, 2003, defendant **Stephanie H. Horta**, arrived at a warehouse in Fort Worth so that she could transport cocaine away from that location in a vehicle rented by defendant **Victor Manuel Ortiz**.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

A TRUE BILL

RICHARD B. ROPER
UNITED STATES ATTORNEY

*Kindra LCull*
FOREPERSON OF THE GRAND JURY

FREDERICK M. SCHATTMAN
Assistant United States Attorney
State Bar of Texas No. 17728400
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
817.252.5200
817.978.3094 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

RAMON A. SANTOS (1), NORMA YRIS PIMENTEL (2),
MARIO CRESPO-HERNANDEZ (3), JUAN MANUEL COLON (4),
VICTOR MANUEL ORTIZ (5), STEPHANIE H. HORTA (6)

INDICTMENT

Conspiracy to Possess with Intent to Distribute and to Distribute
More than Five Kilograms of Cocaine
21 U.S.C. §§ 846 and 841(b)(1)(A)

[1 Count]

A true bill,

_____

FORT WORTH                                                                              FOREMAN

Filed in open court this _14_ day of July, A.D. 2004


_____ Clerk
WARRANT TO ISSUE FOR EACH DEFENDANT

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

NO PENDING CRIMINAL COMPLAINT



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | |
| | § | |
| RAMON A. SANTOS (1) | § | Case No.4:04-CR-114-A |
| NORMA YRIS PIMENTEL (2) | § | |
| MARIO CRESPO-Hernandez (3) | § | |
| JUAN MANUEL COLON (4) | § | |
| VICTOR MANUEL ORTIZ (5) | § | |
| STEPHANIE H. HORTA (6) | § | |

## ORDER UNSEALING INDICTMENT

There is now before the Court the motion of the United States to unseal the Indictment returned in this case. The Motion is well taken and should be granted.

It is therefore ORDERED that the Indictment in this case be UNSEALED.

Signed: August 30, 2004.

CHARLES BLEIL, U.S. MAGISTRATE JUDGE

-1-

 

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | | § |
|---|---|---|
| | | § |
| vs. | | § |
| | | § |
| RAMON A. SANTOS | (1) | § Case No.4:04-CR-114-A |
| NORMA YRIS PIMENTEL | (2) | § |
| MARIO CRESPO-Hernandez | (3) | § |
| JUAN MANUEL COLON | (4) | § |
| VICTOR MANUEL ORTIZ | (5) | § |
| STEPHANIE H. HORTA | (6) | § |

### MOTION TO UNSEAL INDICTMENT

To the Honorable John McBryde, Judge:

The United States Attorney moves the Court to enter an order unsealing the Indictment returned in this case. The Indictment was, by operation of law, unsealed as to the defendants **Ramon A. Santos, Norma Yris Pimentel, Mario Crespo-Hernandez, and Juan Manuel Colon** upon their arrest in the district of Rhode Island. There is no reason that the Indictment should remain sealed as to the other defendants.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY

*[signature]*

FREDERICK M. SCHATTMAN
Assistant United States Attorney
State Bar of Texas No. 17728400

Motion to Unseal Indictment                                                                 Page 1 of 2

801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
817.252.5200
facsimile: 817.978.3094

### Certificate of Service

I hereby certify that a true and correct copy of the above instrument was served upon the defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: August 30, 2004

Frederick M. Schattman
Assistant United States Attorney

Motion to Unseal Indictment                                                                 Page 2 of 2